IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DONALD G. HOLMES, JR.,

    Plaintiff,

v.    No. 01-2873

SHELBY COUNTY GOVERNMENT and
SERGEANT D. TAYLOR, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

On October 25, 2004, Defendants Dora Taylor, Trevis Mathews, Odell Underwood, and Shelby County filed a motion to enforce a voluntary settlement agreement between the Plaintiff, Donald G. Holmes, Jr., and the Defendants. The Court granted the Defendants' motion to enforce the settlement on April 26, 2005 and ordered the Plaintiff to sign the necessary documents to effectuate the agreement within eleven days. However, according to the Court's docket, the Plaintiff has not submitted any documentation indicating that he has complied with the April 26 order.

Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within eleven (11) days of the entry of this order why the lawsuit should not be dismissed for failure to comply with the Court's order. As the Court warned in its April 26 order, failure to respond to the Court's directive or comply with its order will result in dismissal of the Plaintiff's claims.

**IT IS SO ORDERED** this 23 day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 194 in case 2:01-CV-02873 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Donald G. Holmes
3669 Egelsfields Dr.
Apt. 4
Memphis, TN 38116

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT