FILED BY ____ D.C.

UNITED STATES DISTRICT COURT
05 JUL 12 AM 8:47
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **DONALD G. HOLMES, JR.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **SHELBY COUNTY GOVERNMENT and SERGEANT D. TAYLOR, et al.,** | **CASE NO: 2:01-2873-B** |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on July 8, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 11, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

(197)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 197 in case 2:01-CV-02873 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Donald G. Holmes
3669 Egelsfields Dr.
Apt. 4
Memphis, TN 38116

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT